**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EYLEEN MATIAS,

        Plaintiff,

v.                                   Case No:  6:17-cv-1422-Orl-40GJK

DOLLAR TREE STORES, INC.,

        Defendant.

_____/

## ORDER

This cause is before the Court on Defendant's Motion to Strike and Incorporated Memorandum of Law (Doc. 6) filed on August 9, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 6, 2017 (Doc. 24), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Strike and Incorporated Memorandum of Law (Doc. 6) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on November 21, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties